FILE COPY

DATE: 5/5/2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 0 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Case No. 15-0339

COA #: 12-14-00256-CV    TC#: 2014-933-CCL2

STYLE: TROY W. SIMMONS, D.D.S., P.C. AND TROY W. SIMMONS, D.D.S.

v. TEXAS HEALTH AND HUMAN SERVICES COMMISSION

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702